# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARKUS DEANDRE HILL,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM,** and
**VASTHI LAURORE,**
Appellees.

No. 4D19-1866

[October 16, 2019]

Appeal from State of Florida, Department of Revenue; L.T. Case Nos. 50190700195CA and CSE 2001385648.

Markus Deandre Hill, , for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*